594

No. 514. NATIONAL LABOR RELATIONS BOARD *v.* FAIN-BLATT ET AL. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Messrs. Leon Gerofsky, T. Girard Wharton,* and *Joseph Halpern* for respondents.

No. 65. FAIRBANKS *v.* UNITED STATES. See *post,* p. 667.

No. 495. CHEMICAL BANK & TRUST CO., TRUSTEE, *v.* HENWOOD, TRUSTEE, ET AL. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Alfred H. Phillips* for petitioner. *Messrs. A. H. Kiskaddon* and *Carleton S. Hadley* for respondents.

No. 590. BETHLEHEM STEEL CO. *v.* ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO. January 16, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. MR. JUSTICE BLACK took no part in the consideration and decision of this application. *Messrs. Frederick H. Wood* and *Wm. D. Whitney* for petitioner. *Messrs. Nathan L. Miller, W. W. Miller,* and *Redmond F. Kernan, Jr.* for respondent.

No. 591. BETHLEHEM STEEL CO. *v.* ANGLO-CONTINENTALE TREUHAND, A. G., ET AL. January 16, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Frederick H. Wood* and *Wm.*